dollars costs and disbursements. All concurred, except Spring, J., not sitting.

Harriet Stuart, Respondent, v. Victoria Stuart, Individually and as Executrix, etc., of Charles Stuart, Deceased, and William H. Stuart, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred, except Hardin, P. J., not voting.

Adaline Niles, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion denied. All concurred.

Morgan & Wright, Respondent, v. Francis W Gridley, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.

Napoleon Perry, Respondent, v. Garrett Roberts, Appellant.— Judgment of the County Court and of the Justice's Court affirmed, with costs. All concurred, except Follett, J., not voting.

Viola M. Lusk, Plaintiff, v. The Village of Phelps, Defendant.— Plaintiff's exceptions overruled and motion denied, with costs. All concurred.

Frank B. Grill, Plaintiff, v. Rowland P. Hill, Defendant    Willard W. Williams, Appellant; John F. Kinney, Sheriff of Niagara County, Respondent.— Order modified so as to direct the sheriff to pay the moneys left in his hands, after satisfying the first execution, into court, and as modified, affirmed, without costs to either party, and without prejudice to any subsequent proceedings. All concurred.

Edwin C. Berry, Respondent, v. George B. Riddle, Appellant.— Judgment and order affirmed, with costs. All concurred.

George H. Harris, Appellant, v. Herbert J. Demcey, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of Harriet Rutledge, as Executrix, etc., of Walter Heard, Deceased.— Decree of the Surrogate's Court affirmed, with costs in favor of Helen M. Collier, and a bill of costs in favor of E. M. Morse, payable out of the estate; also order of January 12, 1898, affirmed, with ten dollars costs and disbursements payable out of the estate. All concurred. Adams. J., not sitting.

Mary F. Warner, Respondent, v. Wilhelmina Billings, Appellant, Impleaded, etc.— Motion for reargument denied. Motion to modify the judgment denied, with ten dollars costs and disbursements, without prejudice to an application at Special Term for leave to set off the costs against the recovery on the mortgage foreclosure. All concurred.

Lizzie Schnee, Respondent, v. The People's Building, Loan and Saving Association, Appellant — Judgment affirmed, with costs. All concurred.

Benjamin C. Montgomery, Appellant, v. Joseph A. Barr and Nathaniel L. Barr, Respondents. —Judgment of the County Court affirmed, with costs. All concurred.

Charles H. Lucas, Appellant, v. Westchester Fire Insurance Company, Respondent.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event. All concurred. McLennan, J., not sitting.

Henry Winter, Appellant, v. The Crosstown Street Railway Company of Buffalo, Respondent.— Appeal dismissed, with costs. All concurred.

Walter Egginton, Appellant, v. Thomas G. Hawkes, Respondents.— Judgment affirmed, with costs. All concurred.

George Prole and William Prole, Respondents, v. George F. Lowe, Appellant.— Judgment

affirmed, with costs. All concurred. Spring, J., not sitting.

John Cameron, Appellant, v. Henry A. McGrath, Respondent.— Order affirmed, without costs to either party. All concurred.

Sarah A. Campbell, Appellant, v. Laura Lawrence and Others, Respondents.— Judgment affirmed, with costs. All concurred. McLennan, J., not sitting.

Hattie E. House v. Stephen D. House.— Appeal dismissed. All concurred.

Henry Searls, Respondent, v. Aaron P. Clark and Others, as Executors, etc., of Asahel K. Clark, Deceased. Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event. All concurred.

The Buffalo Creek Railroad Company et al., Appellants, v. Anna Collins, Respondent.— There not being four judges qualified to sit in this case, it is hereby ordered that the appeal be transferred to and heard in the third judicial department.

Kattie A. Edinger, Appellant, v. Northwestern Life Assurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Adelbert E. Darrow, Respondent, v. John W. Bush and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and the requests to find stricken from the case    All concurred.

The People of the State of New York, Appellant, v. William P. Miller, Respondent.— Judgment and order affirmed, with costs. All concurred.

William G. Dean, Appellant, v. Charles P. Allen, Respondent, Impleaded with Charles W. Wagstaff.— The words "final judgment" are stricken from the decision, the order and the judgment, and the judgment is sustained as an interlocutory judgment, and the plaintiff has leave to amend his complaint within twenty days by striking therefrom the name of Charles W. Wagstaff. on payment of the costs of the demurrer, with leave to the defendant to answer within twenty days from the service of the amended complaint, and as so modified affirmed, without costs.    All concurred.

In the Matter of Providing for the Manner of Taking Appeals from the Court of the Justice of the Peace of the City of Buffalo, N. Y.— In virtue of the power and authority conferred upon this court by section 5 of article VI of the Constitution of this State, it is hereby ordered that all appeals from the Court of the Justice of the Peace in the city of Buffalo shall be taken, disposed of and determined in the same manner as appeals are now taken, disposed of and determined from the Municipal Court of that city.

Augustine Aslen, Respondent, v. Village of Charlotte, Appellant.— Motion denied, with ten dollars costs. All concurred.

William Yaw, Respondent, v. Valentine F. Whitmre et al., Appellants. —Motion denied, without costs. All concurred.

In the Matter of the Application of John Klein, Jr., for the Revocation and Cancellation of the Liquor Tax Certificate of Mathias Horey, Appellant. Motion denied, without costs.

Anna Anderson v. Niagara Falls and Lewiston Railroad Company.— Appeal dismissed, with costs. All concurred.

Winchester Land Company v. Park Avenue Land Company et al.— Appeal dismissed, with costs. All concurred.

In the Matter of the Adoption of Matilda Trimm (Otherwise Known as Katie Hoefle) by John N. Hoefle and Barbara C. Hoefle.— Motion denied, without costs.